IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEATT CORPORATION and<br>LEATT BRACE HOLDINGS (PTY) LTD.,<br><br>    Plaintiffs,<br><br>v.<br><br>ALPINESTARS S.P.A. and<br>ALPINESTARS USA INC.,<br><br>    Defendants. | Case No.<br><br> |

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1(b)(1) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1.1, Plaintiff Leatt Brace Holdings (Pty) Limited submits its Disclosure Statement.

1. There is no parent corporation of Leatt Brace Holdings (Pty) Limited.

2. There is no publicly held corporation that owns 10% or more of the shares of Leatt Brace Holdings (Pty) Limited.

Dated: August 22, 2008
       New York, New York

Respectfully submitted,

Catherine Nyarady
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
cnyarady@paulweiss.com

-and-

Of Counsel:

Stephen L. Sulzer
James P. Calve
**CONNOLLY BOVE LODGE & HUTZ LLP**
1875 Eye Street, N.W., Suite 1100
Washington, D.C. 20006
Tel.: (202) 331-7111
Fax: (202) 293-6229
ssulzer@cblh.com
jcalve@cblh.com

*Attorneys for Plaintiffs LEATT CORPORATION and LEATT BRACE HOLDINGS (PTY) LTD.*