UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEATT CORPORATION and<br>LEATT BRACE HOLDINGS (PTY) LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>ALPINESTARS USA INC. and<br>ALPINESTARS S.P.A.,<br><br>Defendants. | Case No. 08 cv 7451 (VM) (MHD)<br><br><br>AFFIDAVIT OF SERVICE |

STATE OF NEW YORK   )
                    )  ss.:
COUNTY OF NEW YORK  )

Trevor J. Hill, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On August 22, 2008, I personally served a true copy of the foregoing

- SUMMONS IN A CIVIL ACTION

- COMPLAINT FOR PATENT INFRINGEMENT

- CIVIL COVER SHEET

- DISCLOSURE STATEMENT OF LEATT CORPORATION

- DISCLOSURE STATEMENT OF LEATT BRACE HOLDINGS (PTY)

- ELECTRONIC CASE FILING RULES AND INSTRUCTIONS

- INDIVIDUAL PRACTICES OF UNITED STATES DISTRICT JUDGE VICTOR MARRERO SOUTHERN DISTRICT OF NEW YORK

- INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MICHAEL H. DOLINGER on the following:

>Alpinestars S.P.A. and Alpinestars USA INC.
>c/o Samson E. Helfgott, Esq.
>Michael A. Sarney, Esq.
>Katten Muchin & Rosenman LLP
>575 Madison Avenue
>New York, NY 10022

3. I made such service by personally delivering a true copy of the aforementioned documents to LADAWN ERVIN. Ms. Ervin identified herself as a Receptionist at Katten Muchin & Rosenman LLP and stated that she was authorized to accept service on behalf of Alpinestars S. P. A. and Alpinestars USA INC.

4. I would describe LADAWN ERVIN as a Black female approximately 25-29 years of age, with dark hair, brown eyes, standing approximately five feet six inches tall and weighing approximately 170 pounds.

_____
Trevor J. Hill

Sworn to before me this
26th day of August, 2008

_____
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008