UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEATT CORPORATION and
LEATT BRACE HOLDINGS (PTY)
LTD.,

    Plaintiffs,

v.

ALPINESTARS S.P.A. and
ALPINESTARS USA INC.,

    Defendants.

Case No. 08 cv 7451

**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

**PLEASE TAKE NOTICE** that, upon the annexed declaration of Catherine Nyarady and affidavit of Stephen L. Sulzer, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Plaintiffs Leatt Corporation and Leatt Brace Holdings (PTY) Ltd., by their counsel, Catherine Nyarady, a member in good standing of the bar of this Court, will hereby move for an Order allowing the admission pro hac vice of STEPHEN L. SULZER of the firm of Connolly Bove Lodge & Hutz LLP, 1875 Eye Street, N.W., Suite 1100, Washington, DC 20006, a member in good standing of the Bar of the District of

Columbia. There are no pending disciplinary proceedings against STEPHEN L. SULZER in any State or Federal Court.

Dated: New York, New York
      August 20, 2008

                                        PAUL, WEISS, RIFKIND, WHARTON &
                                        GARRISON LLP

                                        By: _____
                                             Catherine Nyarady
                                             1285 Avenue of the Americas
                                             New York, NY 10019
                                             Tel.: (212) 373-3000
                                             Fax: (212) 757-3990
                                             cnyarady@paulweiss.com

                                        *Attorneys for Plaintiffs Leatt Corporation*
                                        *and Leatt Brace Holdings (PTY) Ltd.*

AFFIDAVIT OF SERVICE BY HAND

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Andrew J. Strenio, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On August 22, 2008, I served true copies of the attached NOTICES OF MOTION TO ADMIT COUNSEL PRO HAC VICE and DECLARATIONS OF CATHERINE NYARADY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HACE VICE on the following:

> Samson E. Helfgott, Esq.
> Michael A. Sarney, Esq.
> Katten Muchin Rosenman LLP
> 575 Madison Avenue
> New York, NY 10022-2585

3. I made such service by delivering a true copy of the aforementioned document to the office at the above stated address.

_____
Andrew J. Strenio

Sworn to before me this
22th day of August, 2008

_____
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEATT CORPORATION and<br>LEATT BRACE HOLDINGS (PTY) LTD.,<br><br>               Plaintiffs,<br><br>            v.<br><br>ALPINESTARS S.P.A. and<br>ALPINESTARS USA INC.,<br><br>               Defendants. | Case No. 08 cv 7451<br><br>**DECLARATION OF CATHERINE NYARADY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

        I, Catherine Nyarady, declare as follows:

        1.     I am a partner of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel to Plaintiffs Leatt Corporation and Leatt Brace Holdings (PTY) Ltd. (collectively, "Plaintiffs"). I am familiar with the proceedings in this case. I submit this declaration in support of my motion to admit Stephen L. Sulzer as counsel pro hac vice to represent Plaintiffs in this matter.

        2.     I am a member in good standing of the bar of the State of New York and was admitted to practice law on February 3, 1997. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

        3.     Mr. Sulzer is a member of the firm of the Connolly Bove Lodge & Hutz LLP in Washington, DC. The affidavit of Mr. Sulzer is annexed to this declaration as Exhibit A.

        4.     Mr. Sulzer is a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.  Accordingly, I am pleased to move the admission of Stephen L. Sulzer, pro hac vice.

6.  I respectfully submit a proposed order granting the admission of Stephen L. Sulzer, pro hac vice, which is annexed to this declaration as Exhibit B.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on August 20 2008 at New York, New York.

*[signature]*
CATHERINE NYARADY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEATT CORPORATION and<br>LEATT BRACE HOLDINGS (PTY) LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>ALPINESTARS USA INC. and<br>ALPINESTARS S.P.A.<br><br>Defendants. | Case No. |

## AFFIDAVIT OF STEPHEN L. SULZER

Stephen L. Sulzer, being duly sworn, deposes and says:

1.   I am a member of the firm of Connolly Bove Lodge & Hutz LLP, 1875 Eye Street, N.W., Suite 1100, Washington, DC 20006, attorneys for Plaintiffs Leatt Corporation and Leatt Brace Holdings (PTY) Ltd., in the above-captioned case (the "Plaintiffs"). I submit this affidavit in support of my application for admission to the Bar of this Court *pro hac vice* to argue and try in whole or in part the above-captioned case on behalf of the Plaintiffs.

2.   I am duly admitted to practice in the District of Columbia, as well as the jurisdictions identified on the list of Bar memberships annexed hereto. I am in good standing as a member of the District of Columbia Bar, as is certified by the annexed Certificate dated August 11, 2008. I have never been disciplined or disbarred in any Court.

3.  I have previously applied for admission to this Court *pro hac vice* in the following matters: *Park B. Smith, Inc. v. CHF Industries, Inc.*, Case No. 06 Civ. 869 (LMM).

4.  I am fully familiar with the requirements of the Local Rules of this Court and particularly, that upon admission, I become subject to the disciplinary jurisdiction of this Court.

5.  I declare under penalty of perjury under the laws of the United States and the District of Columbia that the foregoing is true and correct. Executed at Washington, D.C. on August 13, 2008.

WHEREFORE, I respectfully request that the motion for my admission *pro hac vice* be granted.

_____
Stephen L. Sulzer

# BAR MEMBERSHIPS

## DISTRICT OF COLUMBIA

1. District of Columbia Court of Appeals - - Admitted: December 19, 1980

2. Supreme Court of the United States - - Admitted: March 22, 1993

3. United States Court of Appeals for the District of Columbia Circuit - - Admitted February 2, 1981

4. United States Court of Appeals for the Federal Circuit - - Admitted March 9, 1989

5. United States District Court for the District of Columbia - - Admitted February 3, 1981

6. United States Court of Federal Claims - - Admitted November 14, 1996

## Illinois

1. United States Court of Appeals for the Seventh Circuit - - Admitted January 30, 1987

## California

1. United States Court of Appeals for the Ninth Circuit - - Admitted: November 27, 1991

## Michigan

1. United States District Court of the Eastern District of Michigan - - Admitted: February 27, 1992



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**Stephen L. Sulzer**

was on the  19th  day of  December, 1980  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 11, 2008.

GARLAND PINKSTON, JR., CLERK

By: *Christopher C. D.*
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEATT CORPORATION and<br>LEATT BRACE HOLDINGS (PTY) LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>ALPINESTARS S.P.A. and<br>ALPINESTARS USA INC.,<br><br>Defendants. | Case No. |

Plaintiffs Leatt Corporation and Leatt Brace Holdings (PTY) Ltd. having moved under Local Rule 1.3(c) for an order admitting Stephen L. Sulzer to the Bar of this Court *pro hac vice* to argue and to try the above-captioned case, and the attorney being a member in good standing of the District of Columbia Bar,

It is hereby:

ORDERED that the motion is granted and that Stephen L. Sulzer is admitted to the Bar of this Court *pro hac vice*.

_____
United States District Judge

Dated: New York, New York
       August ___, 2008

AFFIDAVIT OF SERVICE BY HAND

STATE OF NEW YORK   )
                    )  ss.:
COUNTY OF NEW YORK  )

Andrew J. Strenio, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On August 22, 2008, I served true copies of the attached NOTICES OF MOTION TO ADMIT COUNSEL PRO HAC VICE and DECLARATIONS OF CATHERINE NYARADY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HACE VICE on the following:

> Samson E. Helfgott, Esq.
> Michael A. Sarney, Esq.
> Katten Muchin Rosenman LLP
> 575 Madison Avenue
> New York, NY 10022-2585

3. I made such service by delivering a true copy of the aforementioned document to the office at the above stated address.

Andrew J. Strenio

Sworn to before me this
22th day of August, 2008

_____
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008