UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEATT CORPORATION and
LEATT BRACE HOLDINGS (PTY) LTD.,

    Plaintiffs,

v.

ALPINESTARS S.P.A. and
ALPINESTARS USA INC.,

    Defendants.

Case No. 08 CV 7451

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-2-08
```

Plaintiffs Leatt Corporation and Leatt Brace Holdings (PTY) Ltd. having moved under Local Rule 1.3(c) for an order admitting Stephen L. Sulzer to the Bar of this Court *pro hac vice* to argue and to try the above-captioned case, and the attorney being a member in good standing of the District of Columbia Bar,

It is hereby:

ORDERED that the motion is granted and that Stephen L. Sulzer is admitted to the Bar of this Court *pro hac vice*.

                                                     Victor Marrero
                                                   United States District Judge

Dated: New York, New York
        August 24, 2008