AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

**APPEARANCE**

Case Number: 1:08-CV-07451 (VM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Alpinestars S.p.A. and Alpinestars USA Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| September 4, 2008 | _/s/ James Galbraith_ |
| Date | Signature |
| | James Galbraith — JG-4451 |
| | Print Name — Bar Number |
| | Kenyon & Kenyon LLP, One Broadway |
| | Address |
| | New York — NY — 10004 |
| | City — State — Zip Code |
| | (212) 425-7200 — (212) 425-5288 |
| | Phone Number — Fax Number |