✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | NEW YORK

Leatt Corporation and Leatt Brace Holdings (pty) Ltd.,

Plaintiff,

v.

Alpinestars S.p.A. and Alpinestars USA Inc.,

Defendants.

**APPEARANCE**

Case Number:  1:08-CV-07451 (VM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Alpinestars S.p.A. and Alpinestars USA Inc.

I certify that I am admitted to practice in this court.

September 4, 2008
_____
Date

_____
Signature

Maria Luisa Palmese                        MLP-5855
_____          _____
Print Name                                        Bar Number

Kenyon & Kenyon LLP, One Broadway
_____
Address

New York                    NY                    10004
_____    _____    _____
City                            State                    Zip Code

(212) 425-7200              (212) 425-5288
_____    _____
Phone Number                            Fax Number