AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                          DISTRICT OF                    NEW YORK

## APPEARANCE

Case Number:  1:08-CV-07451 (VM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Alpinestars S.p.A. and Alpinestars USA Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/4/08 | _(signature)_ |
| Date | Signature |
| | Michelle Mancino Marsh                MM-1494 |
| | Print Name                            Bar Number |
| | Kenyon & Kenyon LLP, One Broadway |
| | Address |
| | New York          NY          10004 |
| | City          State          Zip Code |
| | (212) 425-7200          (212) 425-5288 |
| | Phone Number          Fax Number |