AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

## APPEARANCE

Case Number: 1:08-CV-07451 (VM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Alpinestars S.p.A. and Alpinestars USA Inc.

I certify that I am admitted to practice in this court.

_Sept 4, 2008_
Date

Signature

Mimi K. Rupp                                   MR-0007
Print Name                                     Bar Number

Kenyon & Kenyon LLP, One Broadway
Address

New York           NY              10004
City               State           Zip Code

(212) 425-7200              (212) 425-5288
Phone Number                Fax Number